JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>                   Plaintiff,<br><br>   v.<br><br><br>THE POT SHOP INC, et al.,<br><br>                   Defendant. | Case No. 5:24-cv-01456-SSS-DTBx<br><br>**JUDGMENT**<br><br>Complaint Filed: July 12, 2024<br>Trial Date: None |

After full consideration of the pleadings and papers on file in this case and the evidence on record, **IT IS HEREBY ORDERED** that:

Plaintiff Marquise Bailey shall recover from Defendants The Pot Shop Inc. and Abel Ibarra attorney's fees of $1,232.50 and costs of $565.00, for a total of $1,797.50.

DATED: December 18, 2024   _____
                                          HONORABLE SUNSHINE S. SYKES
                                          United States District Judge